United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) Criminal Case No. 18-60323-Scola |
| | ) |
| Bernd Zalke Rind, Defendant | ) |

## Order on Motion for Reconsideration

Now before the Court is the Defendant Bernd Zalke Rind's motion for reconsideration of the Court's prior order denying compassionate release. For the reasons set forth below, the Court **denies** Rind's motion (**ECF No. 50**).

Rind asks the Court to reconsider its prior decision in denying his motion for compassionate release due to the risks posed by his medical conditions and the Covid-19 pandemic. The Court previously denied Rind's request for release partly because he did not support his motion with medical records. Now, he files his medical records under seal to support his reconsideration motion.

His medical records indeed show that he suffers from diabetes and hypertension, and he has successfully established that he has these conditions. Nevertheless, these conditions are not acute enough to warrant his release after serving less than 15% of his sentence. *Cf. United States v. Oreste*, Case No. 14-cr-20349 (S.D. Fla. Apr. 6, 2020) (Scola, J.) (granting compassionate release for the Defendant with end-stage renal failure, heart failure, diabetes, and a history of respiratory illnesses after he completed 60% of his sentence). Therefore, the Court denies his motion for reconsideration.

**Done and ordered** at Miami, Florida, on June 28, 2020.

Robert N. Scola, Jr.
United States District Judge